### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

_____

| | |
|---|---|
| **EDKO, Inc., an Illinois Corporation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-2278 |
| ) | |
| **ALAIN BRULE,** ) | |
| ) | |
| **Defendant.** ) | |

_____

### OPINION
_____

A Report and Recommendation (#15) was filed by the Magistrate Judge in the above cause on January 31, 2006.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Plaintiff's Motion to Remand (#6) is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 21st day of February, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE